# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America | CRIMINAL COMPLAINT |
| vs. | CASE: 19-22605M |
| | Citizenship: MEXICO |
| Mario Martinez-Arizqueta | |

   I state that I am a Border Patrol Agent and that this complaint is based on the following facts: COUNT 1: On or about February 11, 2019, at or near Newfield, Arizona, in the District of Arizona, Mario MARTINEZ-Arizqueta, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through San Luis, Az on 07/19/2013, and not having obtained the express consent of the Attorney General or the Secretary of DHS to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326. COUNT 2: On or about February 11, 2019, at or near Sasabe, Arizona, in the District of Arizona, Mario MARTINEZ-Arizqueta, an alien, did unlawfully enter the United States of America from Mexico, at a time and place other than as designated by immigration officials of the United States of America, in violation of Title 8, United States Code, Section 1325 (a) (1), a petty misdemeanor.

   Mario MARTINEZ-Arizqueta is a citizen of Mexico. On 07/19/2013, Mario MARTINEZ-Arizqueta was lawfully denied admission, excluded, deported, and removed from the United States through San Luis, Az. On February 11, 2019, agents found Mario MARTINEZ-Arizqueta in the United States at or near Newfield, Arizona. Mario MARTINEZ-Arizqueta did not obtain the express consent of the Attorney General or the Secretary of DHS to re-apply for admission to the United States. On or about February 11, 2019, agents found Mario MARTINEZ-Arizqueta in the United States of America at or near Newfield, Arizona without the proper immigration documents. Furthermore, Mario MARTINEZ-Arizqueta admitted to illegally entering the United States of America from Mexico on or about February 11, 2019, at or near Sasabe, Arizona at a time and place other than designated by immigration officials.

File Date: 02/13/2019

at Tucson, Arizona

*Pedro Leon, Border Patrol Agent*

Sworn to before me and subscribed in my presence,

Date signed: 02/13/2019

**Leslie A. Bowman**
**Magistrate Judge**