ELIZABETH A. STRANGE
First Assistant U.S. Attorney
District of Arizona
DAVID R. ZIPPS
Assistant U.S. Attorney
State Bar No.: 028690
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: david.zipps@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

United States of America,

    Plaintiff,

vs.

Mario Martinez-Arizqueta,

    Defendant.

CR 19-00478-TUC-JAS(LAB)
19-22605-M (LAB)

**I N F O R M A T I O N**

Violation: 8 U.S.C. § 1326(a)

(Illegal Re-Entry After Deportation)

(Felony)

**THE UNITED STATES ATTORNEY CHARGES:**

On or about February 11, 2019, at or near Newfield, in the District of Arizona, Mario Martinez-Arizqueta, an alien, entered and was found in the United States of America after having been denied admission, excluded, deported, and removed therefrom at or near San Luis, Arizona on or about July 19, 2013, and not having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

Dated this 21st day of February, 2019.

ELIZABETH A. STRANGE
First Assistant U.S. Attorney
District of Arizona

*/s/ David Zipps*

DAVID R. ZIPPS
Assistant U.S. Attorney